UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LAMAR OFFLEY, | ) NO. CV 11-10098-VBF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 7/18/12 .

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE